FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

2016 NOV -7 PM 2:45

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

James De'Andre Holder III
(Enter above the full name of the plaintiff in this action)

vs.

Cuyahoga County Jail Food Service

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO. 1:16 CV 2718

JUDGE **JUDGE NUGENT**
**MAG. JUDGE GREENBERG**

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☑

B. If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs _____

   _____

   Defendants _____

   _____

2. Court (if federal court, name the district; if state court, name the county)
   CUYAHOGA

3. Docket Number CR-16-609946-B

4. Name of judge to whom case was assigned MATTHEW A. MCMONAGLE

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) was dismissed & now its pending through sham prosicution.

6. Approximate date of filing lawsuit_____

7. Approximate date of disposition_____

II. Place of Present Confinement CUYAHOGA COUNTY JAIL

A. Is there a prisoner grievance procedure in this institution? YES ☑ NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? YES ☑ NO ☐

C. If your answer is YES,

1. What steps did you take? Wrote Multiple request, as well as, had family call.

2. What was the result? I left before any action was taking then returned to the same conditions witch changed after refusal to eat.

D. If your answer is NO, explain why not_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? YES ☑ NO ☐

F. If your answer is YES,

1. What steps did you take? havin Chaplin contact clergy as well as family after losing weight dramadicly

2. What was the result? I got my diet honored

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff James De'Andre Holder III

Address P.O. box 5600 Cleveland Ohio, 44101

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Cuyahoga County Jail is employed as state/city holding Facility at The Justice Center

C. Additional Defendants (Sheriff's) Clifford Pinkney, Kenneth Mills, Victor McArthur (warden) N/w Ivey, Airmareck/Food Service

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

1). Inmates are not offered regular or substitute meal options.

2). Inmates are not eating attitute meals in special Housing units.

3). Inmates are not allowed to send certified mail.

4). Inmates are denied the right to be present at all court dates, subjecting them to color of law

5). Inmates subjected to unstable two man living quarters.

(Statement of Claim Continued)

6). Theres no law library to research case based information.

7). Inmate are sleeping on the floors of single men cells in jail two.

8). Inmates have not been granted a garenteed grievance system.

9). Inmates Are subject to no privacy or place place shower gear or garmetts in JAIL 2.

10). Food Items placed on commissary has no proper way of being prepared (utensils, Hot water, bowls ext.)

11). More times than Less Inmates are being confined in shared cells because of Recieved For Filing indictments, not true bills.

12). Nothing in the Revised 2016 hand book states Inmate are confined to they/he cells other then Head counts, shift change, and Normal lock down 10pm - 7AM.

13). How are they (the county) not honoring vegetarian/vegan diets when I haven't eaten meat in 10 years. I'm forced to get sick or be malnurished.

-5-

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I'd like for the courts to Challenge the countrys ways & compensate me for Mental and pain & suffering, mental anguish, cruel & unusual punishment, Monitary Damages, Punitive Damages & system Neglect.

Signed this 31st day of October, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

10-31-2016
(Date)

without predjudice ucc-207-1
James D. Holden III
(Signature of Plaintiff)

c:\wptext\complaint.prisoner